# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDRES DAMIAN,<br><br>            Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive<br><br>            Defendants. | CASE NO. 2:25-cv-00964-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS RENEWED MOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

COME NOW the parties, by and through their counsel of record, and hereby STIPULATE to extend the deadline for defendant to file its reply in support of its renewed motion for protective order from February 20, 2026, which is seven days after February 13, 2026, the date plaintiff filed his response to the motion (Doc. 31), to February 24, 2026. Defendant's renewed motion for protective order was filed on February 2, 2026 (Doc. 30).

///

///

///

-1-

The additional time is needed due to defense counsel being out of town on February 14-15, 2026, February 16, 2026, being a holiday (President's Day), and his extremely busy calendar for the remainder of the week through February 20, 2026. These factors have prevented defense counsel from having the time needed to ensure all needed issues are addressed and included in defendant's reply.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 19, 2026. | Dated: February 19, 2026. |
| By: _/s/ Kegan A. McMullan_<br>KEGAN A. McMULLAN, ESQ.<br>Nevada Bar No. 16278<br>DE CASTROVERDE LAW GROUP<br>1149 S. Maryland Pkwy<br>Las Vegas, Nevada 89104<br>(702) 222-9999 Phone<br>(702) 383-8741 Fax<br>E-Mail: kegan@dlgteam.com<br>Attorneys for Plaintiff | By: /s/ Gregory M. Schulman<br>GREGORY M. SCHULMAN, ESQ.<br>Nevada Bar No. 5766<br>THORNDAL ARMSTRONG, PC<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, NV 89101<br>Ph: (702) 366-0622<br>Fax: (702) 316-4114<br>E-Mail: gms@thorndal.com<br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATE MAGISTRATE JUDGE

Dated:     February 20, 2026

-2-