# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDRES DAMIAN,<br><br>                            Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive<br><br>                            Defendants. | CASE NO. 2:25-cv-00964-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COME NOW the parties, by and through their counsel of record, and hereby stipulate to extend the deadline for defendant to file its reply in support of its motion for partial summary judgment. Plaintiff filed his opposition on June 25, 2026, making the reply brief due on or before July 9, 2026. However, defense counsel will be on vacation for a portion of this time and needs additional time to draft the reply brief.

///

///

///

///

///

-1-

*Damian v. American National Property and Casualty Company*
*Case No. 2:25-cv-00964*

Accordingly, the parties hereby STIPULATE to extend the time for defendant to file its reply in support of its motion for partial summary judgment for one week, from July 9, 2026 to July 16, 2026.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  June 30, 2026. | Dated: June 30, 2026. |
| By:  /s/ Kegan A. McMullan<br>KEGAN A. McMULLAN, ESQ.<br>Nevada Bar No. 16278<br>DE CASTROVERDE LAW GROUP<br>1149 S. Maryland Pkwy<br>Las Vegas, Nevada 89104<br>(702) 222-9999 Phone<br>(702) 383-8741 Fax<br>E-Mail: kegan@dlgteam.com<br>Attorneys for Plaintiff | By: /s/ Gregory M. Schulman<br>GREGORY M. SCHULMAN, ESQ.<br>Nevada Bar No. 5766<br>THORNDAL ARMSTRONG, PC<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, NV 89101<br>Ph: (702) 366-0622<br>Fax: (702) 316-4114<br>E-Mail: gms@thorndal.com<br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATE MAGISTRATE JUDGE

Dated:     July 6, 2026

-2-