TIMOTHY J. LEPORE (SBN 13908)
ARTHUR N. BORTZ (SBN 14035)
**ROPERS MAJESKI PC**
6623 Las Vegas Boulevard South
Suite F-230
Las Vegas, NV 89119
Telephone: 702.954.8300
Facsimile: 213.312.2001
Email: timothy.lepore@ropers.com
arthur.bortz@ropers.com

*Attorneys for Defendants*
*AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

ROPERS MAJESKI
A Professional Corporation
Las Vegas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRES DAMIAN,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00964-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Defendants AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY hereby substitutes the law firm of ROPERS MAJESKI, PC as its counsel of record in the above-referenced matter, in the place and stead of the law firm THORNDAL ARMSTRONG, PC.

Dated: August 27, 2026

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

[signature]

Name: Candiss Chapman

Title: AVP-Claims/Litigation

/ / /

/ / /

ROPERS MAJESKI
A Professional Corporation
Las Vegas

**CONSENT TO SUBSTITUTION**

The undersigned hereby consents to the above substitution of counsel for Defendants AMERICAN NATIONAL PROPERTY CASUALTY COMPANY, in the above-entitled action.

Dated: 8/26, 2026.

THORNDAL ARMSTRONG, PC

By: ______________________

GREGORY M. SHULMAN (SBN 5766)
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel: 702.366.0622
Fax: 702.366.0327
Email: gms@thorndal.com

The undersigned hereby consents to the above substitution of counsel for Defendants AMERICAN NATIONAL PROPERTY CASUALTY COMPANY, in the above-entitled action.

Dated: 8/31/26, 2026

ROPERS MAJESKI PC

By: */s/Timothy J. Lepore*

TIMOTHY J. LEPORE (SBN 13908)
ARTHUR N. BORTZ (SBN 14035)
timothy.lepore@ropers.com
arthur.bortz@ropers.com
6623 Las Vegas Boulevard South
Suite F-230
Las Vegas, NV 89119
Tel: 702.954.8300
Fax: 213.312.2001

IT IS SO ORDERED.
Dated: September 4, 2026

______________________
Nancy J. Koppe
United States Magistrate Judge