**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Andres Damian,

Plaintiff(s),

v.

American National Property and Casualty Company,

Defendant(s).

Case No. 2:25-cv-00964-NJK[1]

**ORDER**

This case is primed to advance toward trial. *See* Local Rule 26-1(b)(5) (requiring filing of joint proposed pretrial order within 30 days of resolution of dispositive motions). Federal courts encourage amicable resolution and may require parties to engage in settlement discussions or other alternative dispute resolution methods before proceeding to trial. *See, e.g.*, C.D. Cal. L.R. 16-15. Before proceeding to trial, the parties will be required to (1) engage in substantive and meaningful settlement discussions, (2) engage in private mediation, or (3) attend a settlement conference.[2] No later than October 12, 2026, the parties must file a joint notice indicating which of these options they choose.

IT IS SO ORDERED.

Dated: October 5, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Gen. Order 2023-11.

[2] That settlement conference would be held by a different judicial officer.